Kirk D. Miller
*Kirk D.Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

CLINTON ROGERS )
)
Plaintiff, )
) Case No.: CV-11-162-LRS
v. )
) COMPLAINT
RELIANT CAPITAL SOLUTIONS, )
LLC ) [FDCPA]
Defendants. )

**I. JURISDICTION**

1.1  Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

COMPLAINT -1

KIRK D. MILLER, P.S.
211 E. SPRAGUE AVE.
Spokane, WA 99202
Phone: (509)413-1494
Fax:  (509) 413-1724

1.2  This action arises out of Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and their agents in their illegal efforts to collect a consumer debt from Plaintiff.

1.3  Venue is proper in this District because the acts and transactions occurred here, Plaintiffs reside here, and Defendants transact business here.

## II.    PARTIES

2.1  Plaintiff Clinton Rogers is a natural person who resides in the County of Spokane, State of Washington, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

2.2  Defendant Reliant Capital Solutions, LLC (hereinafter "Reliant") is a foreign corporation engaged in the business of collecting debt, with its principal place of business located Columbus, Ohio.  Reliant regularly conducts business in the State of Washington.

## III.    FACTUAL ALLEGATIONS

3.1  On or around 2010, Plaintiff allegedly incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

COMPLAINT -2

KIRK D. MILLER, P.S.
211 E. SPRAGUE AVE.
Spokane, WA 99202
Phone: (509)413-1494
Fax:  (509) 413-1724

3.2   The debt that Defendant Reliant claims the plaintiff owes is an alleged obligation to pay money arising out of a transaction for student loan funding.

3.3   Plaintiff disputes owing any money to Defendant.

3.4   In late 2010 or early 2011, the debt was consigned, placed, or otherwise transferred from the creditor to Defendant for collection from this Plaintiff.

3.5   On April 5, 2011, Defendant left an automated voice message for the Plaintiff on the Plaintiff's voicemail.

3.6   The April 5, 2011 automated voice message was a "communication" as the term is defined in 15 USC §1692a(2).

3.7   The April 5, 2011 automated voice message stated that it was from Defendant Reliant and that it was an attempt to collect a debt.

3.8   On April 5, 2011, the Plaintiff, as is his usual practice, listened to his voicemails on speaker phone.

3.9   Plaintiff's roommate, without Plaintiff's knowledge or consent, overheard the message left by Defendant for the Plaintiff.

3.10  Plaintiff was embarrassed that his roommate had overheard the message left by the Defendant.

3.11  The above-described communication was not an attempt to acquire "location information" as that term is defined by 15 USC § 1692a(7).

COMPLAINT -3

KIRK D. MILLER, P.S.
211 E. SPRAGUE AVE.
Spokane, WA 99202
Phone: (509)413-1494
Fax:  (509) 413-1724

3.12 Defendant left several additional voicemails for the Plaintiff in April 2011, some of which were inadvertently overheard by the Plaintiff's roommate.

3.13 Defendants knew or should have known that people other than the Plaintiff were likely to listen to voice messages left on the Plaintiff's voicemail.

3.14 On April 19, 2011, a representative o the Defendant called Plaintiff's employer, disclosed the Defendant's identity to the person who answered the phone, and requested that the Plaintiff be asked to return the Defendant's phone call.

3.15 As a direct result of the Defendant's communications to the Plaintiff's roommate and employer, Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendants in the form of anger, anxiety, emotional distress, frustration, upset, humiliation, embarrassment, amongst other negative emotions.

3.16 The above-described collection communications made to Plaintiff by Defendant were made in violation multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692c(b), 15 U.S.C. § 1692d, and 15 U.S.C. § 1692f.

3.17 Defendant's illegal abusive collection communication as more fully described above were the direct and proximate cause of emotional distress on the part of Plaintiff.

COMPLAINT -4

## IV.    TRIAL BY JURY

4.1    Plaintiffs are entitled to and hereby respectfully demand a trial by jury on all issues so triable.  US Const. amend. 7.  Fed.R.Civ.P. 38.

## V.    CAUSE OF ACTION

**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

**15 U.S.C. § 1692 et seq.**

5.1    Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

5.2    The foregoing acts and omissions of each and every Defendant and their agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to each of these Plaintiffs.

5.3    As a result of each and every Defendant's violations of the FDCPA, Plaintiffs are entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs

COMPLAINT  -5

KIRK D. MILLER, P.S.
211 E. SPRAGUE AVE.
Spokane, WA 99202
Phone: (509)413-1494
Fax:  (509) 413-1724

pursuant to 15 U.S.C. § 1692k(a)(3), from each and every Defendant herein.

## VI.  PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that judgment be entered against Defendant:

6.1  For an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against the Defendant and for the Plaintiff;

6.2  For an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against the Defendant and for the Plaintiff;

6.3  For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against the Defendant and for the Plaintiff; for such other and further relief as may be just and proper.

Respectfully submitted this 25th day of April, 2011

**KIRK D. MILLER, P.S.**

**/s Kirk Miller**
Kirk D. Miller
WSBA # 40025
211 E. Sprague Ave.
Spokane, WA 99202
Telephone: (509) 413-1494
Facsimile: (509) 413-1724
kmiller@millerlawspokane.com

COMPLAINT -6