1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLINTON ROGERS,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RELIANT CAPITAL SOLUTIONS, LLC,<br><br>　　　　　　　　Defendant. | NO: 11-CV-0162-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

　　　Before the Court is the parties' Stipulation of Dismissal (EFC No. 13). The parties have stipulated that the above-captioned matter be dismissed with prejudice and without costs or fees to any party.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　All claims and causes of action in the above-entitled matter are hereby **DISMISSED** with prejudice and without costs or fees to any party.

ORDER GRANTING MOTION TO DISMISS ~ 1

1  The District Court Executive is directed to enter this Order, provide copies
2  to counsel, and **close** the file.
3      **DATED** this 26th day of April, 2012.
4                      *s/ Thomas O. Rice*
5                      THOMAS O. RICE
               United States District Judge

ORDER GRANTING MOTION TO DISMISS ~ 2